NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IPA TECHNOLOGIES INC.,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

---

2024-1246, 2024-1247

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00728, IPR2019-00731.

---

## JUDGMENT

---

STEVEN WAYNE HARTSELL, Skiermont Derby LLP, Dallas, TX, argued for appellant. Also represented by JAIME OLIN, PAUL SKIERMONT; MIEKE K. MALMBERG, Los Angeles, CA.

DANIEL ZEILBERGER, Paul Hastings LLP, Washington, DC, argued for appellee. Also represented by NAVEEN MODI, JOSEPH PALYS, VLADIMIR J. SEMENDYAI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, DYK and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 14, 2026
Date

Jarrett B. Perlow
Clerk of Court